**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMEDOU OULD SLAHI,            :
                                     :
        Petitioner,              :
                                     :
     v.                      : Civil Action No. 05-0569 (JR)
                                     :
BARACK OBAMA, *et al.*,          :
                                   :
        Respondents.          :

## ORDER

Respondents' motion for summaries of opinion witnesses or to strike their testimony [#279, #280] is **denied without prejudice**. Respondents will have the opportunity at the hearing to challenge the qualifications of petitioner's experts and to object to their testimony. If the testimony is received, and upon good cause shown, the court will consider adjourning the hearing for a reasonable time to permit respondent to prepare cross-examination and/or to present rebuttal expert testimony.

                                           JAMES ROBERTSON
                                  United States District Judge